ACCEPTED
02-17-00299-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
5/25/2018 12:54 PM
DEBRA SPISAK
CLERK

IN THE COURT OF APPEALS

FOR THE

SECOND COURT OF APPEALS DISTRICT OF TEXAS

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
5/25/2018 12:54:45 PM
DEBRA SPISAK
Clerk

| | | |
|---|---|---|
| TRAVIS BELL, | § | |
| APPELLANT | § | |
| | § | NO. 02-17-00299-CR |
| V. | § | |
| | § | |
| THE STATE OF TEXAS, | § | |
| APPELLEE | § | |

## STATE'S FIRST MOTION FOR EXTENSION OF TIME
## TO FILE ITS BRIEF ON APPEAL

TO THE HONORABLE COURT OF APPEALS:

The State requests that the Court grant a 30-day extension of time for the filing of the State's brief in this case. The following allegations are made in support of this motion:

- I -

The court below is the County Criminal Court No. 10 of Tarrant County, Texas. The style and number of the case in the trial court is *The State of Texas v. Travis Bell, No.* 1478469.

- II -

Appellant was convicted of a DWI misdemeanor offense and is not incarcerated.

- III -

Appellant filed his brief on April 27, 2018.

- IV -

The current deadline for filing the State's brief is May 29, 2018.

- V -

The State has no extensions in this case. Two motions for extension were granted to Appellant.

- VI -

The submission date in this case is not set. Therefore, this requested extension will not delay submission. Counsel has been tasked with a number of projects following his release from the hospital and has been unable to complete this instant brief for that reason.

- VII -

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that this Court grant this State's First Motion for Extension of Time to File its Brief on Appeal and **extend the time for filing of the State's brief to Thursday, June 28, 2018.**

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

2

JOE SPENCE, Assistant
Criminal District Attorney
Chief, Post-Conviction

/s/ David L. Richards
DAVID L. RICHARDS, Assistant
Criminal District Attorney
State Bar No. 16845500
401 W. Belknap
Fort Worth, Texas 76196-0201
(817) 884-2824
FAX (817) 884-1672
COAappellatealerts@tarrantcountytx.gov

## CERTIFICATE OF CONFERENCE

The undersigned spoke with a staff member for Dean Miyazono, counsel for

Appellant, who stated that Mr. Miyazono does not oppose this extension.

/s/ David L. Richards
DAVID L. RICHARDS

## CERTIFICATE OF SERVICE

A true copy of the State's motion has been e-served to opposing counsel, Hon.

Dean Miyazono, 1300 S. University Dr., Ste. 602, Fort Worth, Texas, 76107, email:

ftwdwi@gmail.com, this 25th day of May, 2018.

/s/ David L. Richards
DAVID L. RICHARDS

3